UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENORA CORNELIOUS,<br><br>        Plaintiff,<br><br>    v.<br><br>WALMART INC.,<br><br>        Defendant. | Case No. 24-cv-06563-JSW<br><br>**ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE AND FAILURE TO OPPOSE MOTION TO DISMISS**<br><br>Re: Dkt. No. 15 |

Now before the Court is the motion to dismiss for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) filed by defendant Walmart Inc. ("Walmart"). On October 8, 2024, this Court granted Plaintiff's counsel's motion to withdraw as counsel of record without substitution. From that time, Plaintiff proceeded pro se and has not made an appearance or conferred with Walmart on the progress of her case. Walmart's motion to dismiss remains unopposed. The hearing date of February 14, 2025, is HEREBY VACATED.

Furthermore, the Court ISSUES this Order to Plaintiff to show cause in writing by no later than February 21, 2025, why this case should not be dismissed, and the motion to dismiss granted, for failure to prosecute. Should Plaintiff wish to oppose the motion to dismiss, she must file a response in writing demonstrating good cause for the delay and attach the opposition to the motion, by no later than February 21, 2025. Should Plaintiff fail to timely respond to this Order or seek to oppose the motion to dismiss, this Court will dismiss this matter for failure to prosecute.

**IT IS SO ORDERED.**

Dated: February 10, 2025

_____
JEFFREY S. WHITE
United States District Judge