UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENORA CORNELIOUS,<br><br>    Plaintiff,<br><br>    v.<br><br>WALMART INC.,<br><br>    Defendant. | Case No. 24-cv-06563-JSW<br><br>**ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE** |

On February 10, 2025, this Court issued an order to show cause why this matter should not be dismissed for failure to prosecute. The order set the deadline of February 21, 2025, for Plaintiff to respond and to seek to oppose the pending motion to dismiss. The Court has received no response. Accordingly, the Court DISMISSES this action for failure to prosecute. A separate judgment shall issue and the Clerk shall close the case.

**IT IS SO ORDERED.**

Dated: February 26, 2025

_____
JEFFREY S. WHITE
United States District Judge